**Order entered February 17, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00884-CR

**RACHEAL MEACHELL MATHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82553-2013**

## ORDER

The Court **REINSTATES** the appeal.

On January 15, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We also ordered the trial court to prepare a certification of appellant's right to appeal to file with the findings. On February 11, 2015, we received the reporter's record, minus State's Exhibit nos. 2 and 28. We have not yet received the trial court's certification of appellant's right to appeal.

Accordingly, we **ORDER** the trial court to prepare and file with this Court, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** court reporter LaTresta Ginyard to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 2 and 28. Because the record was already four months overdue when Ms. Ginyard filed it and it was incomplete, no extensions will be granted. If the exhibits are not filed within the time specified, we will order that LaTresta Ginyard not sit as a court reporter until the exhibits are filed in this appeal.

Appellant's brief is due within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; LaTresta Ginyard, court reporter; Andrea Stroh Thompson, Collin County District Clerk; and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE